ATTORNEY GRIEVANCE COMMISSION   *  IN THE
OF MARYLAND          COURT OF APPEALS
200 Harry S. Truman Pkwy, Suite 300  *  OF MARYLAND
Annapolis, MD 21401

              *

    Petitioner,

              *  Misc. Docket AG

v.

              *  No. 39

Jing Tan, Esquire

              *  September Term, 2016

              *

Respondent.

## ORDER

This matter having come before the Court upon the filing of a Joint Consent Motion for Suspension, it is this   22nd   day of      September     , 2016,

ORDERED, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737, that Respondent Jing Tan, Esquire, is hereby suspended from the practice of law in Maryland for sixty (60) days based on her misconduct involving the former Maryland Lawyers' Rules of Professional Conduct (MLRPC) 1.1, 1.4, 1.5, 1.6(a), 1.15(a), 7.1(a) and 8.4(a) and (d).

          /s/ Clayton Greene Jr.
          Senior Judge